# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Luis Francisco Fernandez Bracamontes,<br>a.k.a.: Luis Francisco Fernandez,<br>a.k.a.: Juan Jaquez-Matus,<br>(A 087 529 265)<br>*Defendant* | Case No. 14-7110m |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 19, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Luis Francisco Fernandez Bracamontes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about July 17, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Elaine Whiffen, P.S. for AUSA Lacy Cooper

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Salvador Delgado II,
Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 17, 2014

_____
*Judge's signature*

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On December 19, 2013, Luis Francisco Fernandez Bracamontes was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Fernandez Bracamontes was examined by ICE Agent G. Lindros, who determined Fernandez Bracamontes to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On January 15, 2014, Fernandez Bracamontes was released from MCJ and transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed Luis Francisco Fernandez Bracamontes to be a citizen of Mexico and a previously deported criminal alien. Fernandez Bracamontes was removed from the United States to Mexico through Del Rio, Texas, on or about July 17, 2011, pursuant to the reinstatement of an order of removal issued by an

1

immigration judge. There is no record of Fernandez Bracamontes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Luis Francisco Fernandez Bracamontes' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Luis Francisco Fernandez Bracamontes was convicted of Criminal Impersonation, a felony offense, on May 1, 2008, in the Superior Court of Arizona, Maricopa County. Fernandez Bracamontes was sentenced to eighteen (18) months probation. Fernandez Bracamontes' criminal history was matched to him by electronic fingerprint comparison.

5. On January 16, 2014, Luis Francisco Fernandez Bracamontes was advised of his constitutional rights. Fernandez Bracamontes freely and willingly agreed to provide a statement under oath. Fernandez Bracamontes stated that his true and complete name is Luis Francisco Fernandez Bracamontes and that he is a citizen of Mexico. Fernandez Bracamontes stated that he illegally entered the United States on March 15, 2012, thru Calexico, without inspection by an immigration officer. Fernandez Bracamontes further stated that he had been removed from the United States and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about December 19, 2013, Luis Francisco Fernandez Bracamontes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about July 17, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).


_____
Salvador Delgado II,
Immigration Enforcement Agent,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 17th day of January, 2014.


_____
Bridget S. Bade,
United States Magistrate Judge

3